IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                                       3:03-CR-0070-HDM-VPC

    vs.                                              **ORDER**

ANNETTE THEODORATOS,

    Defendant.

_____/

    The Government's Motion to Dismiss Petition for Hearing on Pretrial Release Violation and to Quash Arrest Warrant for Petition (#311) is granted.

    It is so Ordered.

    Dated this 21st day of November, 2005.

                                                     _____
                                                     United States District Judge